## HUNTER's *Leſſee verſus* KENNEDY.

ON motion to put off the trial of this cauſe, *Sergeant* tendered the affidavit of *John Adams* (who called himſelf the landlord of the defendant, and declared himſelf intereſted in the ſuit) to prove the abſence of a material witneſs.

 *Lewis* and *Coxe* objected, for the plaintiff, that the affidavit ſhould be made by the defendant himſelf.

 But THE COURT received the affidavit, and ordered the trial off.

## RIVERS *verſus* WALKER.

IT was ruled in this cauſe, that notice of the time and place of the meeting of referrees, muſt be ſerved on the party himſelf, and not on his attorney; unleſs it be otherwiſe ſpecified in the rule of referrence.

 For a contrary practice, the report, in the preſent inſtance, was ſet aſide, on motion of *Lewis*, in behalf of the defendant, oppoſed by *Ingerſol*, for the plaintiff.

## CARLISLE *et ux. verſus* CUNNINGHAM.

LEVY obtained a rule to ſhew cauſe, why a houſe which had been delivered to the plaintiffs on a *liberari facias*, that iſſued in this cauſe, ſhould not now be ſurrendered to the vendee of the defendant, upon his bringing into court, the principal, intereſt, and coſts.

 On the 9th of *Auguſt*, *Lewis* and *Sergeant* ſhewed cauſe, and the rule was diſcharged; THE COURT being unwilling to go into the matter in a ſummary mode, upon mere motion, and expreſſing their diſlike of the *ampliare juriſdictionem*. The principal queſtion was, therefore, left undetermined. *

L           LEIB

* This motion was made when houſe rent was riſing very rapidly, and the defendant's houſe, in the preſent inſtance, was extended at a very moderate valuation: the reſidue of the term was, therefore, a great object to both parties. I have not heard, however, of any other attempt being made by the defendant; but, I think, the Court recommended the *Venire Facias ad computandum*, which iſſues in *England*, where tenant by *Elegit* holds over, after being ſatiſfied for debt and coſts.